# INDEX OF EXHIBITS

Exhibit A - ESSENCE MAGAZINE & ENHANCED Mailing List

Exhibit B - *Privacy: Sales, Rentals of Videos, etc.*, House Legislative Analysis Section, H.B. No. 5331, Jan. 20, 1989

Exhibit C - The Information Marketplace: Merging and Exchanging Consumer Data (Mar. 13, 2001)

Exhibit D - Web's Hot New Commodity: Privacy, WSJ (Feb. 28, 2011)

Exhibit E - Statement of FTC Commissioner Pamela Jones Harbour (Dec. 7, 2009)

Exhibit F - Martha C. White, *Big Data Knows What You're Doing Right Now*, TIME.com (July 31, 2012)

Exhibit G - Natasha Singer, *You for Sale: Mapping, and Sharing, the Consumer Genome*, N.Y. Times (June 16, 2012)

Exhibit H - Letter from Senator John D. Rockefeller IV, Chairman, Senate Committee on Commerce, Science, and Transportation, to Scott E. Howe, Chief Executive Officer, Acxiom (Oct. 9, 2012)

Exhibit I - *Bipartisan Group of Lawmakers Query Data Brokers About Practices Involving Consumers' Personal Information*, Website of Senator Ed Markey (July 24, 2012)

Exhibit J - *Prize Scams*, Federal Trade Commission

Exhibit K - Charles Duhigg, *Bilking the Elderly, With a Corporate Assist*, N.Y. Times, May 20, 2007

Exhibit L - *Fraud Against Seniors: Hearing before the Senate Special Committee on Aging* (August 10, 2000) (prepared statement of the FTC)

Exhibit M - *2014 TRUSTe US Consumer Confidence Privacy Report*, TRUSTe

Exhibit N - Joshua Brustein, *Start-Ups Seek to Help Users Put a Price on Their Personal Data*, N.Y. Times (Feb. 12, 2012)

Exhibit O - Tsai, Cranor, Acquisti, and Egelman, *The Effect of Online Privacy Information on Purchasing Behavior*, 22(2) Information Systems Research 254, 254 (2011)

Exhibit P - Hann, *et al.*, *The Value of Online Information Privacy: An Empirical Investigation* (Oct. 2003)

Exhibit Q - *California's Reader Privacy Act Signed into Law*, Electronic Frontier Foundation (Oct. 3, 2011)